1  **PHILLIP DAVID WOOL  #113293**
   Attorney at Law
2  3732 Mt. Diablo Blvd. Suite 285
   Lafayette, CA 94549
3  Telephone:  (925) 299-4500
   Facsimile:   (925) 299-4501
4
5  Attorney for Defendant,
6    TRISTAN MEUNIER
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  6:15-MJ-36 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO JUNE 30, 2015;** |
| TRISTAN MEUNIER, | **[PROPOSED] ORDER THEREON** |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Initial Appearance in the above captioned matter set for June 24, 2015, **be continued to June 30, 2015, at 10:00 A.M.**  Defense counsel has a conflict in Pleasanton on June 24, 2015.

Dated:  June 11, 2015            /s/ Phillip David Wool
                                 PHILLIP DAVID WOOL
                                 Attorney for Defendant,
                                 TRISTAN MEUNIER


Dated:  June 11, 2015            /s/ Matthew McNease
                                 MATTHEW McNEASE
                                 Legal Officer
                                 National Park Service

STIPULATION TO CONTINUE INITIAL APPEARANCE
TO JUNE 30, 2015

1

[PROPOSED] ORDER

The Court, having reviewed the above Stipulation to Continue the Initial Appearance to June 24, 2015 hereby orders as follows:

1. The Initial Appearance for Defendant, TRISTAN MEUNIER, shall be continued to June 30, 2015 at 10:00 A.M.

IT IS SO ORDERED.

Dated:   June 16, 2015            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE