AO 245B-CAED(Rev. 09/2011) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| **TRISTEN MEUNIER** | Case Number: **6:15MJ0036-001** |
| | Defendant's Attorney: David Wool, Retained |

**THE DEFENDANT:**

[✓]  pleaded guilty to count(s)  __Two__  of the Complaint.
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense (s):

| Title & Section | Nature Of Offense | Date Offense Concluded | Count Number |
|---|---|---|---|
| 36 CFR § 4.23 (a)(2) | Operate or be in Actual Physical Control of a Motor Vehicle With an Alcohol Concentration in the Operator's Blood or Breath .08 grams or more. | May 24, 2015 | Two |

The defendant is sentenced as provided in pages 2 through  __2__  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___ and is discharged as to such count(s).
[✓]  Count (s)  __One__  is dismissed on the motion of the United States.
[ ]  Indictment is to be dismissed by District Court on motion of the United States.
[ ]  Appeal rights given.              [✓]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

8/4/2015
Date of Imposition of Judgment

/s/ Michael J. Seng
Signature of Judicial Officer

**Michael J. Seng**, United States Magistrate Judge
Name & Title of Judicial Officer

8/4/2015
Date

AO 245B-CAED(Rev. 09/2011) Sheet 4 - Misdemeanor Probation

DEFENDANT: **TRISTEN MEUNIER**  
CASE NUMBER: **6:15MJ0036-001**

Page 2 of 2

## PROBATION

The defendant is hereby sentenced to probation for a term of :
<u>Twelve Months Unsupervised Probation</u>.

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that Defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the Defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The Defendant is ordered to obey all federal, state, and local laws.

2. The Defendant shall pay a fine of $1190.00 and a special assessment of $10.00 for a total financial obligation of $ 1200.00, which shall be paid within 90 days. Payments shall be made payable to the Clerk, U.S.D.C., and mailed to:

   CLERK U.S.D.C.  
   2500 Tulare Street, Rm 1501  
   Fresno, CA 93721

3. The Defendant shall complete the First Time DUI Offender Program through the California Department of Motor Vehicles. The 32 hour online Tom Wilson Counseling Center course and file proof of completion to the Court through Counsel.

4. The Defendant is ordered to personally appear for a Probation Review Hearing on July 20, 2016 at 10:00 am before U.S. Magistrate Judge Seng. If conditions of probation met, Review Hearing shall be vacated.

5. The Defendant shall advise the Court and Government Officer through Counsel, if represented, within seven days of being cited or arrested for any alleged violation of law.